SO ORDERED.
SIGNED this 19th day of June, 2019

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Shelley D. Rucker
UNITED STATES BANKRUPTCY JUDGE

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## CHATTANOOGA DIVISION

IN RE:

MERIDA LOUISE WILCOX,                4:19-bk-10193-SDR
                                     CHAPTER 13

DEBTOR.

### ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The Secured Claimant identified above has moved for relief from the automatic stay in 11 U.S.C. § 362 with respect to the Affected Collateral. Either no timely opposition was filed, or any objection raised was withdrawn or overruled by the Court at the Scheduled Hearing.

IT IS THEREFORE ORDERED that the automatic stay in 11 U.S.C. § 362 is terminated with respect to the Secured Claimant and its Affected Collateral. The Secured Claimant is free to proceed with all remedies against said property, including initiating the foreclosure process, and, if appropriate, may file a general unsecured claim in this action. Any excess proceeds from the sale of the property pursuant to the foreclosure process shall be forwarded to the Chapter 13 Trustee's Office for disbursement to creditors.

IT IS FURTHER ORDERED that the stay in FED R. BANKR. P. 4001(a)(3) does not apply.

IT IS FURTHER ORDERED that Movant has relief from the Co-Debtor Stay of 11 U.S.C. § 1301.

*This order was signed and entered electronically as indicated at the top of the first page.*

**APPROVED FOR ENTRY:**

**/s/ Edward D. Russell**
Edward D. Russell (026126)
Attorneys for Secured Claimant
The SR Law Group
PO Box 128
Mt. Juliet, Tennessee 37121
(615) 559-3190
erussell@thesrlawgroup.com